C. A. No. 77-69. STATE *v.* JERRY PUGH. The defendant's motion that he be granted an extension of time for filing his

brief for forty days from the date the transcript is filed, is granted.

The State's motion to dismiss the defendant's appeal is denied.

This case is remanded to the Superior Court for the purpose of entering a judgment of conviction and for a hearing on defendant's motion for a transcript to be paid for by the State. *Julius C. Michaelson,* Attorney General, *Judith Romney Wegner,* Special Asst. Attorney General, for plaintiff. *McKinnon & Fortunato, Stephen J. Fortunato, Jr.,* for defendant.